
E-filing

JS 44 (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
YUN HAN

### DEFENDANTS
MICHAEL CHERTOFF; ROBERT S. MUELLER

**(b)** County of Residence of First Listed Plaintiff SAN FRANCISCO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

BAUGHMAN & WANG (Tel: 415-576-9923)
111 Pine St., #1350, San Francisco, CA 94111

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- [ ] 362 Personal Injury— Med. Malpractice
- [ ] 365 Personal Injury — Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- [x] 462 Naturalization Application
- [ ] 463 Habeas Corpus – Alien Detainee
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [x] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1361, action to compel an officer of the U.S. to perform his/her duty.
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [x] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE: 04/30/2008    4/30/08

SIGNATURE OF ATTORNEY OF RECORD

JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
Yun HAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yun HAN,<br><br>          Plaintiff<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation<br><br>          Defendants. | Case No. CV 08 2299<br><br>**COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS**<br><br><br><br>"Immigration Case" |

      Plaintiff Yun HAN, by and through her undersigned attorney, sues Defendants and states as follows:

1.     This action is brought against the Defendants to compel action on the Application for Naturalization,, or Form N-400, by Plaintiff Yun HAN, properly filed by the Plaintiff. The N-400 application remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriments.

**PARTIES**

2.     Plaintiff Yun HAN is a U.S. Permanent Resident. Her Form N-400, Application for Naturalization, was received by the U.S.C.I.S. on June 15, 2006 (**Exhibit 1: Receipt Notice and Fingerprint Notice**) and is seeking to become a U.S. Citizen.

3.     Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS 8 U.S.C. 1103(a); 8 C.F.R. 2.1.

4. Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances on Plaintiff's case.

## JURISDICTION

5. Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

6. Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiff reside if no real property is involved in the action or where the action is pending.

## EXHAUSTION OF REMEDIES

7. Plaintiff has exhausted her administrative remedies.

## CAUSE OF ACTION

8. Plaintiff Yun HAN is a U.S. Permanent Resident. Her Form N-400, Application for Naturalization, was received by the U.S.C.I.S. on June 15, 2006 and she had her fingerprint taken on July 7, 2006 (**Exhibit 1: Receipt Notice and Fingerprint Notice**). Plaintiff Yun HAN's N-400 application has now remained pending for more than 22 months from the date of the filing.

9. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants unreasonably have delayed and have refused to adjudicate Plaintiff's N-400 application for more than 22 months from the date of filing, thereby depriving Plaintiff of the rights to the decision on her application within a reasonable time and the peace of mind to which Plaintiff is entitled.

10 Plaintiff has been damaged by the failure of Defendants to act in accord with their duties under the law.

(a) Plaintiff Yun HAN has been damaged by simply being deprived of the adjudication of her Application for Naturalization for more than 22 months.

Plaintiff has also been unable to pursue a future course of action in the United States due to the pendency of her N-400 application.

(b) Plaintiff has also been damaged in that she cannot file any immigrant petition for her family.

(c) Plaintiff has been further damaged in that she is unable to vote and unable to work for any job that requires U.S. citizenship.

11  The Defendants, in violation of the Administrative Procedures Act and Mandamus Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's N-400 application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

**PRAYER**

12. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

(a) requiring Defendant FBI to expeditiously complete Plaintiff Yun HAN's Security Check for her N-400 application, if her security check has not been completed;

(b) requiring Defendant Chertoff to expeditiously process Plaintiff's N-400 Application to conclusion;

(c) awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act; and

(d) granting such other relief at law and in equity as justice may require.

Dated:     April 30, 2008                                    Respectfully submitted,

                                                              _____
                                                              Justin X. WANG, Esq.
                                                              Attorney for Plaintiff

1
2
3    **CERTIFICATION OF INTERESTED ENTITIES OR PERSON**
4    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than
5    the named parties, there is no such interest to report.
6
7    Dated:    April 30, 2008                                    Respectfully submitted,
8
9
10                                                               _____
                                                                 Justin X. WANG, Esq.
11                                                               Attorney for Plaintiff

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT          4        F:\LING MIAO\Mandamus\N400 delay\HAN Yun\Complaint.wpd

**LIST OF ATTACHMENTS**

| *Exhibit* | *Description* |
|---|---|
| 1 | Receipt Notice and Fingerprint Notice |

Exhibit 1

**THE UNITED STATES OF AMERICA**

| | | | |
|---|---|---|---|
| Receipt | | | **NOTICE DATE**<br>June 27, 2006 |
| **CASE TYPE**<br>N400    Application For Naturalization | | | **INS A#**<br>A 078 184 524 |
| **APPLICATION NUMBER**<br>WSC*001534427 | **RECEIVED DATE**<br>June 15, 2006 | **PRIORITY DATE**<br>June 15, 2006 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
YUN HAN
900 BUSH STREET 219
SAN FRANCISCO CA  94109

PAYMENT INFORMATION:

Single Application Fee:      $400.00
Total Amount Received:    $400.00
Total Balance Due:              $0.00

|.|..|.|..|..||||..|.|..

The above application has been received by our office and is in process.  Our records indicate your personal information is as follows:

Date of Birth:            February 24, 1967
Address Where You Live:   900 BUSH STREET 219
                          SAN FRANCISCO CA 94109

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office.  You should expect to be notified within 460 days of this notice.

---

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001643873

Form I-797 (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

| | | NOTICE DATE |
|---|---|---|
| Fingerprint Notification | | June 29, 2006 |
| **CASE TYPE** <br> N400    Application For Naturalization | | **INS A#** <br> A 078 184 524 |
| **APPLICATION NUMBER** <br> WSC*001534427 | **RECEIVED DATE** <br> June 15, 2006 | **PRIORITY DATE** <br> June 15, 2006 | **PAGE** <br> 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

YUN HAN
900 BUSH STREET 219
SAN FRANCISCO CA  94109

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: _____
BIOMETRICS QA REVIEW BY: _____ ON _____
TENPRINTS QA REVIEW BY: /579 √6 ON JUL 7 - 2006

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** <br> CIS SAN FRANCISCO <br> 250 BROADWAY STREET <br> SAN FRANCISCO CA 94111 | **DATE AND TIME OF APPOINTMENT** <br> 07/07/2006 <br> 02:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111

If you have any questions regarding this notice, please call 1-800-375-5283.    **APPLICANT COPY**

**APPLICATION NUMBER**
WSC*001534427

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797 (Rev. 01/31/05) N